1020

Before L. HAND and CHASE, Circuit Judges, and PATTERSON, District Judge.

PER CURIAM.
Judgment affirmed.

The UNITED STATES of America, Plaintiff-Appellee, v. Alvin F. SPEECE, Defendant-Appellant.

No. 6646.

Circuit Court of Appeals, Seventh Circuit.

Oct. 4, 1938.

Before SPARKS, MAJOR, and TREANOR, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, consented to by counsel for appellee, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

The UNITED STATES of America ex rel. James MICHAEL, Petitioner-Appellant, v. Joseph E. RAGEN, Warden, Illinois State Penitentiary, Respondent-Appellee.

No. 6690.

Circuit Court of Appeals, Seventh Circuit.

Aug. 30, 1938.

Before SPARKS and MAJOR, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged that this appeal be, and the same is hereby, dismissed, with costs.

UNITED STATES of America ex rel. Stella TUCCI, In Behalf of Nicola Tucci, Relatrix-Appellant, v. Byron H. UHL, District Director of Immigration and Naturalization at the Port of New York or the Captain or Officers of the S. S. Conte di Savola, Respondent-Appellee.

No. 276.

Circuit Court of Appeals, Second Circuit.

March 27, 1939.

Gaspare M. Cusumano, of New York City, for appellant.

Gregory F. Noonan, U. S. Atty., of New York City (Martin Klein, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

The UNITED STATES of America, on relation of Chester A. WILLOUGHBY, as Trustee In Bankruptcy of Bennett's, Inc., a Corporation, Bankrupt, Plaintiff-Appellee, v. Sam HOWARD and Continental Casualty Company, a Corporation, Defendants-Appellants.

No. 5757.

Circuit Court of Appeals, Seventh Circuit.

July 27, 1938.

Before SPARKS and TREANOR, Circuit Judges.

PER CURIAM.

On February 19, 1936, an order was entered by this court pursuant to a stipulation of counsel, which provided among other things that the same judgment be entered in this cause as in cause No. 5756, The United States of America, etc., v. Sam Howard, et al., 96 F.2d 893. On May 9, 1938, a judgment was entered in said cause reversing the judgment of the District Court of the United States for the

Northern District of Illinois, Eastern Division, and remanding the cause for a new trial not inconsistent with the views expressed in the opinion of this court.

On consideration whereof, it is now here ordered and adjudged by this Court that the judgment of the said District Court in this cause be, and the same is hereby, reversed, with costs, and that this cause be, and the same is hereby, remanded to the said District Court for a new trial not inconsistent with the views expressed in the opinion of this court in cause No. 5756, The United States of America, etc., v. Sam Howard, et al., 96 F.2d 893.

The UNITED STATES of America, on relation of Chester A. WILLOUGHBY, as Trustee in Bankruptcy of Eli Lande and Morris Lande, Individually and as Co-Partners Trading as Lande Brothers, Lake County Fuel and Supply Company, a Corporation, International Golfers, Inc., a Corporation, Progressive Candy Company, a Corporation, Roy's Inc., a Corporation, George F. Bates, Doing Business as Bates Motor Transport Lines, Meyer J. Harris, The Stanley Knight Co., a Corporation, and Braden's California Products, Inc., a Corporation, Plaintiffs–Appellees, v. Sam HOWARD and Continental Casualty Company, a Corporation, Defendants-Appellants.

No. 5758.

Circuit Court of Appeals, Seventh Circuit.

July 27, 1938.

Before SPARKS and TREANOR, Circuit Judges.

PER CURIAM.

On February 19, 1936, an order was entered by this court pursuant to a stipulation of counsel, which provided among other things that the same judgment be entered in this cause as in cause No. 5756, The United States of America, etc., v. Sam Howard, et al., 96 F.2d 893. On May 9, 1938, a judgment was entered in said cause reversing the judgment of the District Court of the United States for the Northern District of Illinois, Eastern Division, and remanding the cause for a new trial not inconsistent with the views expressed in the opinion of this court.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause be, and the same is hereby, reversed, with costs, and that this cause be, and the same is hereby, remanded to the said District Court for a new trial not inconsistent with the views expressed in the opinion of this court in cause No. 5756, The United States of America, etc., v. Sam Howard, et al., 96 F.2d 893.

UNITED STATES of America ex rel. YEE KWONG SEUNG, Next Friend of Yee Gwock Ming, Relator-Appellant, v. DIRECTOR OF IMMIGRATION AND NATURALIZATION AT THE PORT OF NEW YORK, Respondent-Appellee.

No. 283.

Circuit Court of Appeals, Second Circuit.

March 27, 1939.

James C. Thomas, of New York City, for relator-appellant.

Gregory F. Noonan, U. S. Atty., of New York City (Myles J. Lane, Asst. U. S. Atty., of New York City, of counsel), for respondent-appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 25 F.Supp. 921, affirmed on the authority of United States ex rel. Ng Kee Wong v. Corsi, 2 Cir., 65 F.2d 564.

UNIVERSAL REFUNDING CORPORATION, Appellant, v. Samuel W. McGARRAH.

No. 11370.

Circuit Court of Appeals, Eighth Circuit.

Dec. 7, 1938.